# United States District Court
# Central District of California

| | |
|---|---|
| ARMANDO JAVIER, JOEL HERNANDEZ, JESUS BALTAZAR, and ROBERTO PEREZ,<br><br>      Plaintiffs<br><br>v.<br><br>WINSTAR PROPERTIES, LLC, and MANHATTAN MANOR, LLC,<br><br>      Defendants. | Case № 2:16-cv-04697-ODW (KSx)<br><br>**JUDGMENT** |

## **JUDGMENT**

This action came on regularly for trial on July 31, 2018 in Courtroom 5D of the United States District Court, Central District of California, the Honorable Otis D. Wright II presiding; the plaintiff Roberto Perez appearing by attorneys Noah Grynberg and Tyler Anderson, the plaintiff Alicia Baltazar appearing by attorneys Kenneth Chiate and Gregory Fuoco, the defendant Winstar Properties, LLC appearing by attorneys Rinat Klier-Erlich and Jessica Rosen, and the defendant Manhattan Manor, LLC appearing by attorney John Samberg.

A jury of eight persons was impaneled and sworn. Following the first day of trial, the parties stipulated to excuse Juror #7, and seven jurors remained. Witnesses were sworn and testified.

After hearing the evidence of arguments of counsel, the jury returned its verdict on August 3, 2018, in favor of Plaintiff Roberto Perez and Plaintiff Alicia Baltazar, on behalf of her predecessor-in-interest Jesus Baltazar, which said verdict was filed with the clerk and entered upon the minutes, and which awarded Plaintiff Roberto Perez $50,000 in actual damages and $500,000 in punitive damages and Plaintiff Alicia Baltazar, on behalf of her predecessor-in-interest Jesus Baltazar, $50,000 in actual damages and $500,000 in punitive damages.

**IT APPEARING BY REASON OF SAID VERDICT THAT** Plaintiffs Roberto Perez and Alicia Baltazar are entitled to final judgment against Defendants Winstar Properties, LLC and Manhattan Manor, LLC.

Accordingly**, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. **THAT** judgment be entered in favor of Plaintiffs Roberto Perez and Alicia Baltazar and against Defendants Winstar Properties, LLC and Manhattan Manor, LLC; and

2. **THAT** Plaintiff Roberto Perez recover from Defendants Winstar Properties, LLC and Manhattan Manor, LLC, jointly and severally, an amount negotiated between the parties following the jury's verdict; and

3. **THAT** Plaintiff Alicia Baltazar, on behalf of her predecessor-in-interest Jesus Baltazar, recover from Defendants Winstar Properties, LLC and Manhattan Manor, LLC, jointly and severally, an amount negotiated between the parties following the jury's verdict.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

January 14, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**